**Order entered December 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01010-CV
No. 05-16-01033-CV
No. 05-16-01034-CV
No. 05-16-01035-CV

**IN THE INTEREST OF S.N., JR., S.M., H.E., AND K.E., CHILDREN**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DF-11-18595-U, DF-15-06055-U, DF-15-02203-U, DF-15-13084-U**

## ORDER

Before the Court is the State's December 8, 2016 motion for an extension of time to file State's brief. We **GRANT** the State's motion.

We **ORDER** the Clerk of the Court to file the State's brief tendered as of the date of this order.

/s/      LANA MYERS
         JUSTICE